UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL ACTION NO. C-08-78 |
| | § |
| RICARDO OMAR MARTINEZ; aka RICK MARTINEZ | § |

## ORDER DISMISSING CHARGE 18 U.S.C. 4 IN THE CRIMINAL COMPLAINT

It is ORDERED that the Charge of Title 18, United States Code, Section 4, contained within the Criminal Complaint filed in the above numbered case against defendant RICARDO OMAR MARTINEZ, AKA: RICK MARTINEZ, on January 17, 2008, is hereby dismissed based upon the reasons set forth within the government's motion.

It is further ORDERED that the Clerk of the United States District Court deliver a certified copy of this Order to the United States Marshal for the Southern District of Texas.

SIGNED and ORDERED this 10th day of March, 2008.

_____
Janis Graham Jack
United States District Judge